No. 539. COLONIAL AIRLINES, INC. *v.* ADAMS ET AL. Appeal from the United States District Court for the District of Columbia. Dismissed on motion of counsel for appellant. *T. Peter Ansberry* and *Stephen J. Mc-Mahon, Jr.* for appellant.

*Certiorari Denied.* (*See also No. 247, Misc., supra.*)

No. 460. JIFFY LUBRICATOR CO., INC. *v.* STEWART-WARNER CORP. C. A. 4th Cir. Certiorari denied. *Leonard L. Kalish, Littleton M. Wickham* and *Guy B. Hazelgrove* for petitioner. *John D. Black, Elwood Hansmann* and *Thomas B. Gay* for respondent.

No. 463. URBUTEIT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *H. O. Pemberton* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl, Vincent A. Kleinfeld* and *William W. Goodrich* for the United States.

No. 468. WARREN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *John W. MacDonald* for petitioner. *Solicitor General Perlman, Stanley M. Silverberg, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 470. SANDROFF ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Alvin L. Newmyer, David G. Bress* and *Sheldon E. Bernstein* for petitioners. *Solicitor General Perlman, Assistant Attorney General Campbell* and *Robert S. Erdahl* for the United States.

No. 475. CAPITAL TRANSIT CO. *v.* UNDERWOOD. United States Court of Appeals for the District of Colum-